IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 21-0088

IN THE MATTER OF

T.H. and N.H.,

Youths in Need of Care

## ORDER GRANTING MOTION TO CONSOLIDATE

Upon consideration of Appellant Mother's Motion to Consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 21-0088 and 21-0089 are hereby consolidated under Cause No. DA 21-0088 and henceforth captioned In the Matter of T.H. and N.H., Youths in Need of Care.

Electronically signed by:
ORDER Mike McGrath
Chief Justice, Montana Supreme Court
April 9 2021